# United States District Court
## Southern District of Georgia

YOLANDA WILLIAMS
    Petitioner

JUDGMENT IN A CIVIL CASE

  V.

CASE NUMBER: CV607-047

UNITED STATES OF AMERICA
    Respondant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 29, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court; Judgment is hereby entered Denying the Petitioner's Motion to Vacate pursuant to 28:2255 and this case stands dismissed.

10/29/2007
Date

Scott L. Poff
Clerk

(By) Deputy Clerk